IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENT BERNBECK, and MICHAEL WARNER, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN A. GALE, Nebraska Secretary of State, in his official capacity, <br><br> Defendant. | Case No. 4:18-CV-3073 <br><br><br> STIPULATION |

Plaintiffs Kent Bernbeck and Michael Warner and Defendant John A. Gale, Nebraska Secretary of State, hereby stipulate as follows:

1. On May 29, 2018, Plaintiffs filed a Complaint for a declaratory judgment alleging, in part, that Neb. Rev. Stat. § 32-618(2) (Reissue 2016) is unconstitutional.

2. The parties agree that Neb. Rev. Stat. § 32-618(2) (Reissue 2016) exceeds permissible signature requirements under the First Amendment.

3. The parties stipulate to the entry of a judgment, and of an order granting final declaratory and injunctive relief consistent with the following:

  a. A declaration that Section 2 of Legislative Bill 874, 104th Leg. Sess. (Neb. 2016), codified at Neb. Rev. Stat. § 32-618(2), is unconstitutional and § 32-618(2) (Supp. 2011) remains in full force and effect;

  b. A declaration that Section 11 of Legislative Bill 874, 104th Leg. Sess. (Neb. 2016), is unconstitutional to the extent it authorizes the repeal of original § 32-618(2);

    c. A declaration that the remaining sections of Legislative Bill 874, 104th Leg. Sess. (Neb. 2016), are severable; and

    d. Defendant is permanently enjoined from taking any action to enforce Section 2 of Legislative Bill 874, 104th Leg. Sess. (Neb. 2016).

4. The parties stipulate to the dismissal of Plaintiffs' Second Claim without prejudice.

Submitted June 12, 2018.

        **JOHN A. GALE, Nebraska Secretary of State, in his official capacity, Defendant.**

        By:    DOUGLAS J. PETERSON
                 *Attorney General of Nebraska*

        By:    *s/ Ryan S. Post*
                 Ryan S. Post, NE #24714
                 L. Jay Bartel, NE #17247
                 *Assistant Attorneys General*

                 OFFICE OF THE ATTORNEY GENERAL
                 2115 State Capitol
                 Lincoln, Nebraska 68509
                 (402) 471-2682
                 Ryan.Post@nebraska.gov
                 Jay.Bartel@nebraska.gov

                 <u>Attorneys for Defendant.</u>

**KENT BERNBECK, and MICHAEL WARNER, Plaintiffs.**

By:   *s/ M. Laughlin McDonald*
      M. Laughlin McDonald
      American Civil Liberties Union
      Foundation, Inc.
      2700 International Tower
      229 Peachtree Street, N.E.
      Atlanta, Georgia 30303
      (404) 500-1235
      lmcdonald@aclu.org

      Amy A. Miller, NE #21050
      American Civil Liberties Union of Nebraska
      134 S. 13th Street #1010
      Lincoln, Nebraska 68508
      (402) 476-8091
      amiller@aclunebraska.org

      Attorneys for Plaintiffs.

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2018, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, using the CM/ECF system, causing notice of such filing to be served upon all parties' counsel of record.

By:   *s/ Ryan S. Post*

3