IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENT BERNBECK and MICHAEL WARNER, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN A. GALE, Nebraska Secretary of State, in his official capacity <br><br> Defendant. | Case No. 4:18CV3073 <br><br><br><br><br> MOTION FOR COSTS AND ATTORNEY FEES |

Plaintiffs, as prevailing parties, move the Court pursuant to 42 U.S.C. § 1988 and 52 U.S.C. § 10310*l*(e), for an award of costs and attorney fees. As appears more fully from the attached declarations of M. Laughlin McDonald, Amy A. Miller, and Herbert J. Friedman, which contain detailed summaries of hours and expenses, Plaintiffs request attorney's fees in the amount of $37,527.50 for the following number of hours expended in this case by the attorneys noted, at the rates indicated:

| | Attorney Hours | Hourly Rate | Amount |
|---|---|---|---|
| M. Laughlin McDonald | 53 | $600 | $31,800.00 |
| Amy A. Miller | 14.6 | $300 | $ 4,380.00 |
| Herbert J. Friedman | 3.85 | $350 | $ 1,347.50 |

        Total:  $37,527.50

Plaintiffs also request an award of costs in the amount of $407.83.

WHEREFORE, Plaintiffs respectfully pray that this Court enter an award of attorney fees and costs to Plaintiffs in the amount of $37,935.33.

    Respectfully submitted,

    S/M. Laughlin McDonald

    _____
    M. LAUGHLIN McDONALD
    American Civil Liberties
     Union Foundation, Inc.
    2700 International Tower
    229 Peachtree Street, NW
    Atlanta, GA  30303
    Tel: (404) 500-1235
    Fax: (404) 565-2886
    Lmcdonald@aclu.org

    AMY A. MILLER #21050
    American Civil Liberties Union of Nebraska
    134 S. 13th St. #1010
    Lincoln, Nebraska 68508
    Tel: (402) 476-8091, ext. 106
    amiller@aclunebraska.org

    HERBERT FRIEDMAN #11390
    DANIEL H. FRIEDMAN #22293
    STEPHEN A. SAEL #25970
    Friedman Law Offices, P.C., L.L.O.
    3800 Normal Blvd., Suite 200
    P.O. Box 82009
    Lincoln, Nebraska 68501
    Tel: (402) 476-1093
    Hfriedman@friedmanlaw.com

Dfriedman@friedmanlaw.com
Ssael@friedmanlaw.com

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2018, I electronically filed the foregoing document with the Clerk of the U.S. District Court for the District of Nebraska by using the CM/ECF system, which caused notice of such filing to be served upon Defendants' counsel of record.

/s/ Amy A. Miller
Amy A. Miller #21050