## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KENT BERNBECK, and MICHAEL WARNER,**<br><br>        **Plaintiffs,**<br><br>    **v.**<br><br>**JOHN A. GALE, Nebraska Secretary of State, in his official capacity,**<br><br>        **Defendant.** | **Case No. 4:18-CV-3073**<br><br><br>**JOINT NOTICE** |

Plaintiffs Kent Bernbeck and Michael Warner and Defendant John A. Gale, Nebraska Secretary of State, submit the following joint notice to the Court:

The parties have reached a full settlement on the issue of attorney's fees, associated costs, and expenses in the above-captioned lawsuit and Plaintiffs' Motion for Costs and Attorney Fees, Filing 16, is hereby withdrawn.

Submitted July 10, 2018.

**JOHN A. GALE, Nebraska Secretary of State, in his official capacity, Defendant.**

By:    DOUGLAS J. PETERSON
       *Attorney General of Nebraska*

By:    *s/ Ryan S. Post*
       Ryan S. Post, NE #24714
       L. Jay Bartel, NE #17247
       *Assistant Attorneys General*

       OFFICE OF THE ATTORNEY GENERAL
       2115 State Capitol
       Lincoln, Nebraska 68509
       (402) 471-2682
       Ryan.Post@nebraska.gov

1

Jay.Bartel@nebraska.gov

<u>Attorneys for Defendant.</u>

**KENT BERNBECK, and MICHAEL WARNER, Plaintiffs.**

By:     *s/ M. Laughlin McDonald*
          M. Laughlin McDonald
          American Civil Liberties Union
          Foundation, Inc.
          2700 International Tower
          229 Peachtree Street, N.E.
          Atlanta, Georgia 30303
          (404) 500-1235
          lmcdonald@aclu.org

          Amy A. Miller, NE #21050
          American Civil Liberties Union of Nebraska
          134 S. 13th Street #1010
          Lincoln, Nebraska 68508
          (402) 476-8091
          amiller@aclunebraska.org

          <u>Attorneys for Plaintiffs.</u>

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2018, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, using the CM/ECF system, causing notice of such filing to be served upon all parties' counsel of record.

By:     *s/ Ryan S. Post*

2